**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL HUNTER, | No. C 07-1756 PJH (PR) |
| Plaintiff. | **ORDER OF DISMISSAL** |

Plaintiff sent a letter to the court complaining about the amount of restitution imposed upon him at his sentencing in state court. In an effort to protect plaintiff's rights, the letter was treated as an attempt to commence a new case. That was on March 28, 2007. On that same day the court notified plaintiff he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. No response has been received.

This case is therefore **DISMISSED** without prejudice. The clerk shall close this file. No fee is due.

**IT IS SO ORDERED.**

Dated: May ___9___, 2007.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.07\HUNTER756.DSIFP